any action in law or equity based thereon, and for judgment against all of the defendants for the consideration paid. Here, however, the plaintiff concededly proceeded after the discovery upon the theory that he himself, without the aid of equity, would rescind. Having done that, he has elected to pursue that of the three concurrent remedies which allows him to rescind and sue for the restoration of what he parted with. He cannot now be allowed to revoke the election in the midst of this litigation and elect again. Were he permitted to do so, it might be difficult to keep him tied to any election hereafter, and he might with a show of reason urge that he be permitted a change of base as often as the exigencies of his case might prompt him, certainly until judgment. But that is not the law. His election has been made, and now that he has commenced his action it is conclusive. Conrow v. Little, supra; Terry v. Munger, supra; Yeomans v. Bell, supra; Citizens' National Bank v. Wetsel, supra. The interlocutory judgments appealed from should therefore be reversed, and the demurrers sustained, with costs.

CLOSE, Appellant, v. SANDERS, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Catherine Close against Joshua C. Sanders. No opinion. Order affirmed, with $10 costs and disbursements.

COANN, Respondent, v. CULVER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by Pearl Coann, as administratrix, against Daniel D. Culver. No opinion. Judgment affirmed, with costs.

COCHRAN, Appellant, v. HOWES, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Alexander S. Cochran against George Howes. A. C. Kendall, for appellant. E. T. Fellowes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CODY, Respondent, v. HADCOX, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Mary R. Cody, as executrix, against Robert H. Hadcox.

PER CURIAM. Judgment and order affirmed, with costs. See 90 N. Y. Supp. 873.
McLENNAN, P. J., dissents.

COE, Respondent, v. PATTERSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by George W. Coe against Mary Patterson and another. No opinion. Interlocutory judgment affirmed, with costs, with leave to plead over upon payment of the costs of this appeal and costs in the final judgment after service of the summons. Upon the service of such amended pleading and the payment of said costs, the final judgment herein is vacated and set aside.

COHEN, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Term. October 27, 1905.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Kassel Cohen against the New York City Railway Company. From an order setting aside a verdict, plaintiff appeals. Affirmed. Herman M. Schaap, for appellant. William E. Weaver, for respondent.

BISCHOFF, J. It appears from the evidence that the plaintiff failed to use any care in the matter of looking for approaching cars at a point where the result of his observations would have been of moment. Substantial justice is to be served by the submission of the case to another jury, and in our opinion the order setting aside the verdict involved no erroneous exercise of discretion. Order affirmed, with costs.

COLES, Respondent, v. NEW YORK CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by John Coles, Jr., against the New York Casualty Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

COLLINS, Respondent, v. ANZER, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Jere F. Collins against Harry Anzer. No opinion. Judgment of the Municipal Court affirmed, with costs.

COLYER, Respondent, v. KINGS COUNTY ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Joseph H. Colyer against the Kings County Electric Light & Power Company. No opinion. Judgment and order affirmed, with costs.

CONDERMAN, Respondent, v. HEISSENBUTTEL, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Joseph Conderman against John Heissenbuttel. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.

CONDIT v. GODWIN et al. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by William L. Condit against Thomas S. Godwin and others. A. B. Cruikshank, for appellants. B. N. Cardozo, for respondent. No opinion. Order (89 N. Y. Supp. 827) affirmed, with $10 costs and disbursements.

CONDIT v. GODWIN. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by William L. Condit against Thomas S. Godwin. No opinion. Motion denied, with $10 costs.

CONLEN v. RIZER et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by John H. Conlen against Rosanna Rizer and others. No opinion. Motion denied.